# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**LUIS DE JESUS-SANTOS, et al.,**
**Plaintiffs**

**v.**                                                          **CIVIL NO. 05-1336(DRD)**

**MORGAN STANLEY DEAN WITTER, INC.,**
**et al.,**
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 06/01/05**<br>**Docket #14**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion to Dismiss Luis de Jesus Santos, Rafaela Sanchez and Their Conjugal Partnership's Claims Against Morgan Stanley DW Inc., Pursuant to Fed.R.Civ.P. 12(b)(6) and 9(b) | **DENIED WITHOUT PREJUDICE.**  Defendants may resubmit their dispositive motion after plaintiffs file their Amended Complaint.  See ruling at Docket Entry No. 23. |
| **Date Filed: 07/26/05**<br>**Docket #23**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:**  Motion Reinstating Opposition to Morgan Stanley's Motion to Dismiss Santos-Sanchez Complaint and Request for Leave to File Plaintiff's Amended Complaint | **GRANTED IN PART.**  Plaintiff may file an Amended Complaint **within ten (10) calendar days**.  Defendants have not raised that the amended complaint as requested by plaintiffs will result in undue prejudice to the former.  See, Rule 15(a), Fed.R.Civ.P., 28 U.S.C.; Foman v. Davis, 371 U.S. 178, 182 (1962).  Defendants shall submit their responsive pleading **twenty (20) days thereafter**.  **Absolutely any request for an extension of time shall be SUMMARILY DENIED**. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 23rd day of November 2005.

                                        **S/DANIEL R. DOMINGUEZ**
                                        **DANIEL R. DOMINGUEZ**
                                        **U.S. DISTRICT JUDGE**