IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS DE JESUS-SANTOS, et al.,
**Plaintiffs**

v.                                                                  CIVIL NO. 05-1336(DRD)

MORGAN STANLEY DEAN WITTER, INC.,
et al.,
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 07/09/05** <br> <u>Docket #18</u> <br> [X] **Plaintiff** <br> [] **Defendant** <br> **Title:** Motion Requesting Extension of Time to File Opposition to Morgan Stanley's Motion to Compel Arbitration and Motion to Dismiss | **MOOT.** Response has been filed at Docket Entry No. 20. |
| **Date Filed: 07/18/05** <br> <u>Docket #21</u> <br> [] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Morgan Stanley's Reply in Support of Motion to Compel Arbitration as to Co-plaintiffs Luis de Jesus-Santos and Isabel Toucet-Cordero and Their Conjugal Partnership and to Stay Proceedings | **GRANTED.** The Clerk of Court is **INSTRUCTED** to assign a separate Docket Entry to the tendered Reply. |
| **Date Filed: 07/19/05** <br> <u>Docket #22</u> <br> [] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Request for Leave to File Morgan Stanley's Tendered Reply in Support of Motion to Dismiss | **MOOT.** Morgan Stanley's Motion to Dismiss was Denied Without Prejudice to be resubmitted since plaintiffs have requested leave to file an Amended Complaint. (See rulings at Docket Entry No. 29). |

| | |
|---|---|
| **Date Filed: 12/15/05** <br> **Docket #36** <br> [] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Motion for Leave to File Motion Under Seal | **GRANTED.** Defendant Morgan Stanley may submit Motion Under Seal. |
| **Date Filed: 12/22/05** <br> **Docket #39** <br> [] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Motion to Compel Arbitration as to Plaintiffs Luis de Jesus-Sanchez and Isabel Toucet | **NOTED.** The Court notes that defendant Morgan Stanley restates the arguments previously presented to the Court in its Motion to Compel Arbitration (Docket No. 12) and in its Reply in Support of Motion to Compel Arbitration (Docket No. 21). Request to Compel is **GRANTED.** Request to Stay proceedings is also **GRANTED.** See Opinion and Order issued on this same date. |
| **Date Filed: 02/20/06** <br> **Docket #46** <br> [] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Informative Motion and Notice of Appearance | **NOTED.** |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 22nd day of March 2006.

              **S/DANIEL R. DOMINGUEZ**
              **DANIEL R. DOMINGUEZ**
              **U.S. DISTRICT JUDGE**